AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-19-168-MJ |
| Jose Luis LAURANCHET | ) | |
| Defendant(s) | ) | |

United States District Court
Southern District of Texas
**FILED**

JAN 2 5 2019

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 25, 2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2237 | It is unlawful for the master, operator, or person in charge of a vessel subject to the jurisdiction of the United States to knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel. It is unlawful to forcibly resist, oppose, prevent, impede, intimidate or interfere with a boarding or other law enforcement action. |

This criminal complaint is based on these facts:
On the Morning of January 25th, 2019 a US Coast Guard aircraft was conducting a maritime patrol and spotted a lights out, fishing vessel (Lancha) traveling in a southerly direction. The lancha was approximately 27 nautical miles offshore and 33 Nautical miles north of the international maritime boundary line. The US Coast Guard Cutter Benjamin Dailey was tasked with the interdiction of the lancha. The US Coast Guard Cutter launched their small boat in an effort to stop and inspect the southbound lancha. The US Coast Guard small boat used all available means including activating their flashing blue law enforcement lights and engaging sirens to hail the lancha and compel them to stop. The Captain of the lancha and the crewmembers were all aware of the US Coast Guards presence and their efforts to stop them. The lancha still continued to travel south and not heave to the US Coast Guard small boat. The USCG small boat received permission to use warning shots to further compel the lancha to stop. They deployed 4 warning shots which consist of a shotgun fired, flare like projectile that produces a bright flash and a loud audible bang as a further warning to stop. After the US Coast Guard small boat launched the warning rounds the lancha finally stopped and allowed the US Coast Guard crew to board their vessel. The Captain of the lancha was placed under arrest and the entire crew and lancha was transported back to the US Coast Guard Station on South Padre Island, TX.

☐ Continued on the attached sheet.

_____
Complainant's Signature

Joshua Clark, Special Agent
Printed name and title

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

January 25, 2019
Date

_____
Judge's signature

Brownsville, Texas
City and State

Ignacio Torteya   U.S. Magistrate Judge
Printed name and title